IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 16 C 5568 |
| | ) | |
| v. | ) | Judge Coleman |
| | ) | Magistrate Judge Gilbert |
| BRIDGECARE, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Able Home Health, LLC and Defendant Bridgecare, Inc. by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Able Home Health, LLC's individual claims against Defendant Bridgecare, Inc. with prejudice and without costs. Plaintiff Able Home Health, LLC's class claims against Defendant Bridgecare, Inc. are dismissed without prejudice and without costs. Plaintiff Able Home Health, LLC's claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Julia J. Smolka (w/ consent) |
| Daniel A. Edelman | Julia J. Smolka |
| Heather Kolbus | Peter M. Follenweider |
| EDELMAN, COMBS, LATTURNER | DIMONTE & LIZAK, LLC |
| & GOODWIN, LLC | 216 W. Higgins |
| 20 S. Clark Street, Suite 1500 | Park Ridge, IL  60068 |
| Chicago, IL  60603 | (847) 698-9600 |
| (312) 739-4200 | |

## **CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on January 10, 2017, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will send a notification of such filing to the following:

    Julia J. Smolka (jsmolka@dimontelaw.com)
    Peter M. Follenwider (pfollenwider@dimontelaw.com).
    DiMonte & Lizak, LLC
    216 W. Higgins Road
    Park Ridge, Illinois 60068

                                              s/ Heather Kolbus
                                              Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)